IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY MISHLER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NBCUNIVERSAL, LLC; TG ) <br> FABALICIOUS, LLC; and TERESA ) <br> GIUDICE, LLC, ) <br> ) <br> Defendants. ) | Civil Action No. 3:11-cv-00194 <br> Judge Nixon <br> Magistrate Judge Brown <br><br> JURY DEMAND |

## STIPULATION AND AGREED ORDER OF DISMISSAL OF NBCUNIVERSAL, LLC WITH PREJUDICE

Plaintiff Jeffrey Mishler and Defendant NBCUniversal, LLC have reached an agreement with respect to this case and stipulated to the dismissal of the action with prejudice. It therefore appears to the Court, as evidenced by the signatures below of counsel, that the action against NBCUniversal, LLC has been compromised and settled, with no finding or admission of liability, and that the action against NBCUniversal, LLC should be dismissed with prejudice. Accordingly, for good cause shown, it is

**ORDERED** that this action against NBCUniversal, LLC is **DISMISSED** with prejudice. Each party shall bear its own costs and fees, including costs and/or fees.

IT IS SO ORDERED.

_____
JOHN T. NIXON, SENIOR DISTRICT JUDGE

APPROVED FOR ENTRY:

/s/ Richard S. Busch
Richard S. Busch (TN BPR No. 014594)
KING & BALLOW
311 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (tel)
(615) 248-2860 (fax)
*Attorney for Plaintiff*

/s/ Heather J. Hubbard
Robb S. Harvey (TN BPR No. 011519)
Heather J. Hubbard (TN BPR No. 023699)
WALLER LANSDEN DORTCH &
DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380 (tel)
(615) 244-6804 (fax)
*Attorneys for NBCUniversal, LLC*

## CERTIFICATE OF PERMISSION TO FILE

I have received the express permission from Plaintiff's counsel to file this document in the United States District Court for the Middle District of Tennessee using the CM/ECF system.

s/ Heather J. Hubbard
Filing User