IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY MISHLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:11-cv-00194 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Brown |
| TG FABALICIOUS, LLC and ) | |
| TERESA GIUDICE, LLC, ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiff Jeffrey Mishler's Notice of Rule 41(a) Voluntary Dismissal. (Doc. No. 20.) Accordingly, Defendants TG Fabalicious, LLC and Teresa Giudice, LLC are **DISMISSED without prejudice**. Because TG Fabalicious, LLC and Teresa Giudice, LLC were the only remaining Defendants in this case, this action is **DISMISSED**. The Court **DIRECTS** the Clerk to close this case.

It is so ORDERED.

Entered this the 8th day of September, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT